**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KRISTINE ILONA FRANCIS,

        Plaintiff,

vs.                                       Case No. 3:10-cv-1030-J-34JBT

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 17; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on November 16, 2011. In the Report, Magistrate Judge Toomey recommends that the Commissioner of Social Security's (the Commissioner's) decision be affirmed. Plaintiff filed objections to the Report on November 26, 2011. See Plaintiff's Objections to Report and Recommendation Dated November 16, 2011 (Dkt. No. 18; Objections). The Commissioner filed a response to the Objections on December 12, 2011. See Commissioner's Response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 19).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections to Report and Recommendation Dated November 16, 2011 (Dkt. No. 18) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 17) is **ADOPTED** as the opinion of the Court.

3. The Clerk of the Court is directed to enter judgment **AFFIRMING** the Commissioner's decision and to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of January, 2012.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Hon. Joel B. Toomey
Counsel of Record